| | |
|---|---|
| TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona<br>JENNIFER H. BERMAN<br>Assistant United States Attorney<br>United States Courthouse<br>405 W. Congress Street, Suite 4800<br>Tucson, Arizona 85701<br>Telephone: 520.620.7300<br>Email: jennifer.berman@usdoj.gov<br>Attorneys for Plaintiff | FILED<br>2025 APR -2 PM 4:26<br>CLERK US DISTRICT COURT<br>DISTRICT OF ARIZONA<br><br>CR25-01700 TUC-RM(EJM) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Edgar Leonel Lopez-Lopez,<br>　aka Edgar Lopez-Lopez,<br><br>　　　　　Defendant. | **I N D I C T M E N T**<br><br>Violation:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(1))<br><br>(Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about March 3, 2025, in the District of Arizona, to wit: at or near Sells, Edgar Leonel Lopez-Lopez, aka Edgar Lopez-Lopez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Alexandria, Louisiana, on or about August 24, 2023, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8,

///

United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   April 2, 2025

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/ S /

JENNIFER H. BERMAN
Assistant United States Attorney